**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 15-7893**

---

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

DION CHRISTOPHER CAMERON, a/k/a Killer Cam, a/k/a Little Dion, a/k/a Pretty Dion, a/k/a D.C.,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, District Judge. (2:09-cr-00180-RAJ-FBS-1)

---

Submitted: March 29, 2016          Decided: April 1, 2016

---

Before GREGORY and DUNCAN, Circuit Judges, and DAVIS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Dion Christopher Cameron, Appellant Pro Se. Darryl James Mitchell, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dion Christopher Cameron appeals the district court's order denying his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Cameron</u>, No. 2:09-cr-00180-RAJ-FBS-1 (E.D. Va. Nov. 13, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>